UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD F. PANOS,<br><br>Defendant, and<br><br>BANK OF AMERICA, N.A., and its successors or assigns,<br><br>Garnishee. | Case No. 1:16-cv-2473-TFH |

TO:                          Garnishee Bank of America, N.A.

REQUESTED BY:    United States Securities and Exchange Commission
                             Christy J. White
                             Assistant Chief Litigation Counsel
                             100 F Street, NE, MS-5628
                             Washington, DC 20549

ISSUED PURSUANT TO:   Rule 69

The Court having reviewed the Plaintiff's Application for Post-Judgment Writ of Garnishment, hereby issues this Post-Judgment Writ of Garnishment.

The United States Securities and Exchange Commission ("SEC") has information indicating that Garnishee may have possession, custody or control of property in which Defendant has a substantial nonexempt interest. This property may include Defendant's nonexempt disposable earnings (i.e., wages).

1

Pending further order of this Court, Garnishee is hereby directed to withhold and retain any property in its possession, custody or control in which Defendant has a direct or indirect interest at the time this Writ is served or in which the Defendant may obtain a direct or indirect interest in the future, including Defendant's nonexempt disposable earnings.[1] If Garnishee fails to withhold property in accordance with this Writ, Garnishee may be held in contempt by the Court or the Court may enter judgment against the Garnishee for the value of Defendant's nonexempt interest in such property, plus a reasonable attorney's fee to the SEC.

This Writ of Garnishment is a continuing writ and it will terminate only by:

(A)   a court order quashing this Writ of Garnishment;

(B)   exhaustion of property in the possession, custody, or control of the Garnishee in which the debtor has a substantial nonexempt interest (including nonexempt disposable earnings), unless the garnishee reinstates or re-employs the judgment debtor within 90 days after the judgment debtor's dismissal or resignation;  or

(C)   satisfaction of the debt with respect to which this Writ is issued.

To assist the Garnishee with its obligations under this Writ, the following information is provided:

| | |
|---|---|
| Defendant's Name: | Edward F. Panos |
| Defendant's TIN: | XXX-XX-8866 |
| Defendant's Last Known Address: | Park City, Utah |
| Date of Judgment: | December 21, 2016 |

---

[1] Defendant Edward F. Panos has a direct or indirect interest in the following entities: Powder Capital, LLC, Park City Capital LLC, Manado Gold Corp., Insuraguest Technologies, Inc., 4661 McKinney, LLC, and LSGSP Family Trust.

Nature of Judgment:        Final Judgment

Civil Penalty:                                                         $1,437,503

    Payments:                                                     $0
    Amount of Post-Judgment
    Interest on penalty accrued
    as of November 16, 2021:                         $63,881.87
                                                                    (per diem of $36.32)

    Surcharge Under § 3011:                           $0

    Total Amount Still Owing
        On the Penalty as of November 16, 2021:    $1,501,384.87

Disgorgement Judgment
   Disgorgement (and prejudgment interest)     $1,782,503

    Payments:                                                     $0
    Amount of Post-Judgment
    Interest on Disgorgement accrued
    as of November 16, 2021:                         $79,213.49
                                                                    (per diem of $45.03)

    Total Amount Still Owing
    On Disgorgement as of November 16, 2021: $1,861,716.49

IT IS SO ORDERED.

Dated this ___ day of _____, 2021.

                                                       UNITED STATES DISTRICT COURT
                                                          DISTRICT OF COLUMBIA

                                                          DEPUTY CLERK