UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>vs.<br><br>**EDWARD F. PANOS,**<br><br>Defendant, and<br><br>**BANK OF AMERICA, N.A., and its successors or assigns,**<br><br>Garnishee. | Case No. 1:16-cv-2473-TFH |

## CERTIFICATE OF SERVICE

I, Christy J. White, hereby certify that I am an employee at the United States Securities and Exchange Commission, and am a person of such age and discretion to be competent to serve papers.

I hereby further certify that:

- on November 23, 2021, I caused to be served a copy of garnishment documents, filed November 17, 2021, by UPS Overnight Mail on the Garnishee, Bank of America, N.A., at 800 Samoset Drive, Mail Code: DE5-024-02-08, Newark, DE 19716; and

- on November 23, 2021, I caused to be served a copy of the Investor Bank garnishment documents, filed November 17, 2021, by United States Parcel Service to Defendants, Edward F. Panos, at 3700 Wrangler Way, Park City, UT 84098.

Dated: December 22, 2021
      Washington, D.C.                                        Respectfully submitted,

                                                    /s/ Christy J. White
                                                    Christy J. White
                                                    U.S. Securities and Exchange Commission
                                                    100 F Street, N.E., Mail Stop 5628
                                                    Washington, D.C. 20549
                                                    (202) 551-4502 (Phone)
                                                    (804) 708-6119 (Fax)
                                                    WhiteChr@sec.gov